UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 01-1182 JMR/FLN

Tana Renee Linge,

Plaintiff,

vs.

Trans Union LLC;
Equifax d/b/a Equifax Credit Information Services;
CSC Cerdit Services, Inc. and
Nextcard, Inc.,

Defendants.

**STIPULATION AND ORDER**
**FOR EXTENSION OF TIME TO ANSWER**

Plaintiff Tana Renee Linge and defendant Nextcard, Inc. in the above-captioned case, by their attorneys, hereby stipulate that defendant Nextcard, Inc. may have to and including August 2, 2001 to answer or otherwise respond to the above-captioned complaint.

Thomas J. Lyons, Sr.
THOMAS J. LYONS & ASSOCIATES
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
*Attorneys for Plaintiff*

Dated

Keith A. Dotseth
LARSON • KING, LLP
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102
(651) 312-6500
*Attorneys for Defendant Nextcard, Inc.*

7/19/2001
Dated

FILED JUL 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 01-1182 JMR/FLN

Tana Renee Linge,

Plaintiff,

vs.

Trans Union LLC;
Equifax d/b/a Equifax Credit Information Services;
CSC Cerdit Services, Inc. and
Nextcard, Inc.,

Defendants.

**STIPULATION AND ORDER**
**FOR EXTENSION OF TIME TO ANSWER**

Plaintiff Tana Renee Linge and defendant Nextcard, Inc. in the above-captioned case, by their attorneys, hereby stipulate that defendant Nextcard, Inc. may have to and including August 2, 2001 to answer or otherwise respond to the above-captioned complaint.

Thomas J. Lyons, Sr.
THOMAS J. LYONS & ASSOCIATES
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
*Attorneys for Plaintiff*

7/19/01
Dated

Keith A. Dotseth
LARSON • KING, LLP
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102
(651) 312-6500
*Attorneys for Defendant Nextcard, Inc.*

Dated

**ORDER**

IT IS HEREBY ORDERED that defendant Nextcard, Inc. shall have until September 17, 2001 to answer or otherwise plead in response to the Summons and Complaint herein.

Dated: July 20, 2001

BY THE COURT:

Frank L Noel

lk_library:31628.1