**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tana Renee Linge,

Plaintiff,

vs.

Trans Union LLC; Equifax d/b/a Equifax Credit Information Services; CSC Credit Services Inc.; and Nextcard, Inc.,

Defendants.

Court File No. 01-1182 JMR/FLN

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO ANSWER TO COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tana Renee Linge ("Plaintiff") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until Thursday, August 2, 2001, in the time available to answer Plaintiff's Complaint.

Dated: July 19, 2001

THOMAS J. LYONS & ASSOCIATES

By: ______________________
Thomas J. Lyons, Sr.
342 East County Road D
Little Canada, MN 55117
Little Canada, MN 55117
Telephone: 651-770-9707

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFF

FILED JUL 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: July 19, 2001

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Susan D. Holappa, #172744
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendants Trans Union LLC shall be and is granted an extension until August 2, 2001, in the time available to answer Plaintiff's Complaint.

Dated: July 23, 2001

BY THE COURT:

______________________
Franklin L. Noel
Chief United States Magistrate Judge