# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1182 JMR/FLN Case Title: Tana Renee Linge v. TransUnion, etal

**Affidavit of Movant**

I, Susan D. Holappa an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel O. Halvorsen an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Trans Union LLC in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] Signature — 172741 MN Attorney License # — 8/23/01 Date

**Affidavit of Proposed Admittee**

I, Daniel O. Halvorsen am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Daniel O. Halvorsen Type/Print Name — [signature] Signature — Aug. 13, 2001 Date

Attorney License Number: 6225111

Law Firm Name & Address:
Piper Marbury Rudnick & Wolfe
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293

Telephone: ( ) 312-368-7051

Motion Granted: Richard D. Sletten, jem
For the Court: Francis E. Dosal, Clerk

AUG 28 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6/99