138430

RECEIVED
BY MAIL
SEP 27 2001
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building
316 North Robert St., St. Paul, MN 55101, Phone (651) 848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1182 JMR/FLN

Case Title: Tana Renee Linge v. Trans Union LLC, Equifax d/b/a Equifax Credit Information Services, CSC Credit Services, Inc. and Nextcard, Inc.

### Affidavit of Movant

I, Robert W. Murnane, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lewis P. Perling, an attorney admitted to practice in the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the ()plaintiff (x)defendant Equifax d/b/a Equifax Credit Information Services in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 76338 Date: 9/25/01

### Affidavit of Proposed Admittee

I, Lewis P. Perling, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Lewis P. Perling Signature: [signature] Date: 9/24/01

Attorney License Number: 572379
Law Firm Name & Address: Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500 Fax:.(404) 815-6555

Motion Granted: [signature]
For the Court, Francis E. Dosal, Clerk

Date: SEP 28 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________