**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tana Rene Linge,

Plaintiffs,

v.

Trans Union LLC;
Equifax d/b/a Equifax Credit Information Services; CSC Credit Services Inc.; and, Nextcard, Inc.,

Defendants.

Court File No.: **01-CV-1182 JMR/FLN**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and her attorneys, and Defendant Nextcard , Inc., and its attorneys, that Plaintiff's claims against Defendant Nextcard , Inc., shall be and hereby are dismissed with prejudice and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEYS FOR PLAINTIFF**

By: Thomas J. Lyons

THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr. , Esq.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707
Fax: 651-770-5830

CONSUMER JUSTICE CENTER, PA.
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707
Fax: 651-770-5830

Dated: 9/28/01

**ATTORNEYS FOR DEFENDANT NEXTCARD, INC.**

By: Stephan P. Laitinen

LARSON & KING
Stephan P. Laitinen, Esq.
Attorney I.D. # 0239446
Keith Doseth, Esq.
Attorney I.D. # 210304
1500 Landmark Center
345 St. Peter Street
St. Paul, MN 55102
651-312-6500

Dated: 10/2/01

FILED
RICHARD D. SLETTEN, CLERK
OCT 5 2001
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tana Rene Linge,

Plaintiffs,

v.

Trans Union LLC;
Equifax d/b/a Equifax Credit Information Services; CSC Credit Services Inc.; and,
Nextcard, Inc.,

Defendants.

Court File No.: **01-CV-1182 JMR/FLN**

**PROPOSED ORDER FOR DISMISSAL OF DEFENDANT NEXTCARD WITH PREJUDICE**

**PROPOSED ORDER**

BASED ON THE ABOVE Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' claims against Defendant Nextcard, Inc., shall be, and herewith are, dismissed with prejudice.

Dated: October 5th, 2001

James M. Rosenbaum, Judge
United States District Court