**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1182 JMR/FLN**

Tana Rene Linge,

Plaintiff,

v.

Trans Union LLC;
Equifax d/b/a Equifax Credit Information Services; CSC Credit Services Inc.; and, Nextcard, Inc.,

Defendants.

**PROPOSED ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE**

**PROPOSED ORDER**

BASED ON THE ABOVE Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union LLC, shall be, and herewith are, dismissed with prejudice.

Dated: January 4th, 2002

James M. Rosenbaum, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1182 JMR/FLN**

Tana Rene Linge,

Plaintiffs,

v.

Trans Union LLC;
Equifax d/b/a Equifax Credit Information Services; CSC Credit Services Inc.; and, Nextcard, Inc.,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and her attorneys, and Defendant Trans Union LLC. and its attorneys, that Plaintiff's claims against Defendant Trans Union LLC., shall be and hereby are dismissed with prejudice and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

ATTORNEYS FOR PLAINTIFF

By: ______________________
THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr. , Esq.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707
Fax: 651-770-5830

CONSUMER JUSTICE CENTER, PA.
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707
Fax: 651-770-5830

Dated: 12/18/01

ATTORNEYS FOR DEFENDANT TRANS UNION LLC

By: ______________________
SHAPIRO PROFESSIONAL ASSOCIATION
Lawrence Shapiro, Esq.
Attorney I.D.#: 130886
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 763-542-1716

Dated: 12/20/01

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______