**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tana Rene Linge,

Plaintiffs,

v.

Trans Union LLC;
Equifax d/b/a Equifax Credit Information Services; CSC Credit Services Inc.; and, Nextcard, Inc.,

Defendants.

Court File No.: **01-CV-1182 JMR/FLN**

**PROPOSED ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX WITH PREJUDICE**

**PROPOSED ORDER**

BASED ON THE ABOVE Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' claims against Defendant Equifax d/b/a Equifax Credit Information Services, shall be, and herewith are, dismissed with prejudice.

Dated: January 29th, 2002

James M. Rosenbaum, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JAN 30 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1182 JMR/FLN**

---

Tana Renee Linge,

Plaintiff,

-vs-

Trans Union LLC;
Equifax dba Equifax Credit Information Services;
CSC Credit Services Inc.; and,
Nextcard, Inc.

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff against defendant Equifax Credit Information Services, Inc. ("Defendant") are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiffs under their Complaint against Defendant has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Defendant with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Defendant with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 15 day of January, 2002.

TANA RENEE LINGE

By:______________________________
Thomas J. Lyons, Sr., Esq.
Thomas Lyons & Associates, P.A.
Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 E. County Rd., D
Little Canada, MN 55117

EQUIFAX CREDIT
INFORMATION SERVICES, INC.

By:______________________________
Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500